AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GREGORY L. REYNOLDS | Judgment in a Criminal Case<br>(For a Petty Offense) — Short Form<br><br>Case No.  09-po-00047-LTM<br>USM No.<br><br>Pro se<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  One and Two, Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 and C.R.S. 42-2-130(1) | Drove Motor Vehicle Without Valid Driver's License | 05/05/2009 | One |
| 36 C.F.R. § 4.21(c)(1) | Speeding 45 mph in a 35 mile per hour zone | 05/05/2009 | Two |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

Total: $155.00     Assessment $ 20.00     Fine $ 135.00

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Grand Junction, CO

09/14/2009
Date of Imposition of Judgment

/s/ Laird T. Milburn
Signature of Judge

Laird T. Milburn     Magistrate Judge
Name and Title of Judge

09/16/2009
Date